DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA CABRERA,**
Appellant,

v.

**BILLY NEGRON, JR.,**
Appellee.

Nos. 4D21-3360 and 4D21-3362

[December 29, 2022]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case Nos. DVCE-20-002810 (63) and DVCE-20-002809 (63).

Christopher N. Link of Christopher N. Link, P.A., Plantation, for appellant.

Billy Negron, Jr., Howell, New Jersey, pro se.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***